JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY CASTRO, | CASE NO. 2:14-cv-08456-MMM-Ex |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| OLD DOMINION FREIGHT LINE, INC., and DOES 1 to 100, Inclusive, | |
| Defendants. | |

62309078.1
[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1 | **[PROPOSED] ORDER**

2

3  Having reviewed and considered the parties' Joint Stipulation of Dismissal of Plaintiff's Complaint (Dkt. #1, Exh. A), IT IS HEREBY ORDERED that Plaintiff's Complaint in this action shall be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties each bearing their own respective costs and attorneys' fees incurred in this action.

**IT IS SO ORDERED.**

DATED: January 7, 2015    _Margaret M. Morrow_
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE